DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF MICHAEL & BURCH LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:   david@michaelburchlaw.com

Attorneys for Claimant ROBERT SHUMAKE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>$148,145.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br>_____/<br><br>ROBERT SHUMAKE,<br><br>　　　　Claimant.<br>_____/ | No. CV-18-670 SJO (GJSx)<br><br>**VERIFIED CLAIM OF ROBERT SHUMAKE OPPOSING FORFEITURE** |

　　　The undersigned hereby claims an ownership and possessory interest in, and the right to exercise dominion and control over, all of the defendant property.

Dated:  4 August 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT SHUMAKE
　　　　　　　　　　　　　　　　　　　　　　　Claimant

1

**VERIFICATION**

The undersigned declares under penalty of perjury that he is the Claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated:  4 August 2018

_____
ROBERT SHUMAKE
Claimant

**CERTIFICATION OF COUNSEL**

The undersigned hereby certifies that he has the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.

Dated:  6 August 2018

*S/David M. Michael*
DAVID M. MICHAEL

Attorney for Claimant ROBERT SHUMAKE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that, on 6 August 2018, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/David M. Michael*
DAVID M. MICHAEL

Attorney for Claimant ROBERT SHUMAKE