**FILED**
CLERK, U.S. DISTRICT COURT

August 16, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 18-00670-SJO(GJSx) |
|        Plaintiff, | |
|        v. | AMENDED DEFAULT JUDGMENT OF FORFEITURE |
| $148,145.00 IN U.S. CURRENCY, | |
|        Defendant. | DATE: |
| | TIME: |
| | Before the Honorable S. James Otero |
| | United States District Judge |

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on January 26, 2018.  Notice of this action has been given in the manner required by law as to Potential Claimants International Rights Committee ("IHRC") and Daniel Flint ("Flint") (collectively, "Potential Claimants"), and all other potential claimants except Robert Shumake ("Shumake").  Potential claimants IHRC and Flint, nor any other potential claimant has appeared by filing a Statement identifying his or her rights or interests with this Court.  Further, neither potential claimants IHRC, Flint, nor any other potential claimant has filed an Answer to the Complaint. Potential claimant Shumake has filed an Answer and a Claim with this

1   Court.   Therefore, the Court deems that potential claimants IHRC,

2   Flint, and all other potential claimants except Shumake admit as true

3   the allegations in the Complaint.   The Court further finds that the

4   allegations in the Complaint establish that defendant $148,145.00 in

5   U.S. currency ("defendant currency") is subject to forfeiture.

6        ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right,

7   title, and interest of potential claimants International Human Rights

8   Commission, Daniel Flint, and all other potential claimants except

9   Shumake in and to defendant currency are condemned and forfeited to

10   the United States of America.

11

12   DATED: _August 16, 2018_____          _____

13                                          THE HONORABLE S. JAMES OTERO
                                            UNITED STATES DISTRICT JUDGE
14

15   NICOLA T. HANNA
     United States Attorney
16   LAWRENCE S. MIDDLETON
     Assistant United States Attorney
17   Chief, Criminal Division
     STEVEN R. WELK
18   Assistant United States Attorney
     Chief, Asset Forfeiture Section
19

20
      /s/
21   _____
     JOHN J. KUCERA
22   Assistant United States Attorney

23   Attorneys for Plaintiff
     UNITED STATES OF AMERICA
24

25

26

27

28