UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-00670 SJO (GJSx) | Date | August 20, 2018 |
|---|---|---|---|
| Title | United States of America v. $148.145.00 In U.S. Currency | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | | Carol Zurborg | |
| Deputy Clerk | | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Kucera, AUSA | Edward M. Burch |

**Proceedings:**   **SCHEDULING CONFERENCE**

Hearing held.

The Court indicates that the primary issue is whether the search and seizure of the funds was in violation of the privilege of diplomatic and immunity of the Geneva Convention.

Defendant's counsel requests to brief this issue.

The Court advises defendant's counsel that pursuant to this Court's Standing Order that trial counsel is ordered to appear at this proceeding.

The Court takes a recess and places this matter on second call.

Matter recalled.

The Court advises defendant's counsel that at the scheduling conference counsel is to be familiar with all of the facts of the case, particulars and legal issues so they can be discussed.

Court and counsel confer further.

The Court sets the following schedule:

Jury Trial:                Tuesday, July 23, 2019 @ 9:00 a.m.

Pretrial Conference:       Monday, July 15, 2019 @ 9:00 a.m.

Motion Cutoff:             Monday, May 20, 2019 @ 10:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-00670 SJO (GJSx) | Date | August 20, 2018 |
|---|---|---|---|
| Title | United States of America v. $148.145.00 In U.S. Currency | | |

Discovery Cutoff:           Tuesday, April 23, 2019.

Last Date to Amend:     Not set.

Reference of the above case to the Alternative Dispute Resolution Program is vacated. Settlement is referred to the calendar of Magistrate Judge Gail J. Standish for all further proceedings.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
      Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1.      All Jury Instructions, agreed and opposed;
2.      Verdict Forms;
3.      Proposed Voir Dire Questions;
4.      Agreed-To Statement of Case;
5.      Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6.      Trial Brief and Memorandum of Contentions;
7.      Joint Rule 26(f) Report;
8.      If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9.      Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10.     Exhibits properly labeled, tagged, and in binders.

|   | : | 0/21 |
|---|---|---|
|   | Initials of Preparer | vpc |