1  **DAVID M. MICHAEL, CSBN 74031**
   **EDWARD M. BURCH, CSBN 255470**
2  **LAW OFFICE OF MICHAEL & BURCH, LLP**
3  **One Sansome Street, Suite 3500**
   **San Francisco, CA 94104**
4  **Telephone:    (415) 946-8996**
   **Facsimile:    (877) 538-6220**
5  **E-mail:       david@michaelburchlaw.com**

6
   **Attorneys for Claimant ROBERT SHUMAKE**
7

8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
                                **WESTERN DIVISION**
10

11

12 | UNITED STATES OF AMERICA, | No. CV-18-670 SJO (GJSx) |

13           Plaintiff,                **CLAIMANT ROBERT SHUMAKE'S NOTICE OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM**

14 v.

15 $148,145.00 IN U.S. CURRENCY,

16           Defendant.

17 _____/
   ROBERT SHUMAKE,                     **[Local Rule 7-18]**
18
             Claimant.
19                                      Date:  7 January 2019
   _____/    Time:  10:00 a.m.
20                                      Dept:  10C
                                               Hon. S. James Otero
21

22
        PLEASE TAKE NOTICE THAT, Claimant ROBERT SHUMAKE, for the reasons set
23
   forth herein, moves this Court to reconsider its Order Granting Plaintiff's Motion to Strike (Doc.
24
   59, 11/15/2018).  This motion is made pursuant to Local Rule 7-18 (c), in that it constitutes a
25
   manifest showing of a failure by this Court to consider material facts presented to the Court
26
   before such decision. Claimant moves for reconsideration because of one fundamental
27
   misunderstanding by the Court, a misunderstanding upon which its decision is solely based.
28

CLAIMANT ROBERT SHUMAKE'S NOTICE OF MOTION FOR RECONSIDERATION                          1
OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM
Case No. CV-18-670 SJO (GJSx)

...

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 20, 2018.  The government will oppose the motion.

Respectfully submitted,

Dated:  27 November 2018

*s/David M.Michael*_____
DAVID M. MICHAEL
Attorney for Claimant ROBERT SHUMAKE

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on 28 November 2018, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/David M.Michael*_____
DAVID M. MICHAEL
Attorney for Claimant
ROBERT SHUMAKE

CLAIMANT ROBERT SHUMAKE'S NOTICE OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM
Case No. CV-18-670 SJO (GJSx)

2