# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s),

v.

148,145.00 IN U.S. CURRENCY

Defendant(s).

CASE NUMBER:

2:18–cv–00670–SJO–GJS

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __11/28/2018__

Document Number(s): __60__

Title of Document(s):  __Notice and Motion for reconsideration by claimant Shumake__

**ERROR(S) WITH DOCUMENT:**

Missing formal LR 6.1 formal Notice of Motion text re hearing date, time, Judge and courtroom and street location information

Other:

**Note:  In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ November 28, 2018 _            By: _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**