DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICE OF MICHAEL & BURCH, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:    (415) 946-8996
Facsimile:    (877) 538-6220
E-mail:       david@michaelburchlaw.com

Attorneys for Claimant ROBERT SHUMAKE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$148,145.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____/<br>ROBERT SHUMAKE,<br><br>    Claimant.<br>_____/ | No. CV-18-670 SJO (GJSx)<br><br>**CLAIMANT ROBERT SHUMAKE'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM**<br><br>Date:   7 January 2019<br>Time:   10:00 a.m.<br>Dept:   10C<br>       Hon. S. James Otero |

    In its opposition, the government fails to point out where, in the administrative claim, Shumake is alleging an OWNERSHIP interest by IHRC. The reason for such a failure is because there is no place on the administrative claim where Shumake does that. The government simply wants this Court to assume a fact that does not exist.

    Merely because Shumake is making a claim on behalf of IHRC, does NOT compel the conclusion that IHRC is the owner of the defendant currency. In fact, Shumake's administrative claim is silent as to any allegation as to what IHRC's interest was in the Defendant currency.

CLAIMANT ROBERT SHUMAKE'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM
Case No. CV-18-670 SJO (GJSx)

1

As stated previously, there is no law or statute or legal authority that says Shumake cannot make an administrative claim of a possessory or beneficial interest on behalf of IHRC, which is perfectly legal to do and later make a judicial claim of ownership on his own behalf.

Furthermore, just because the preprinted claim form asks a claimant to "explain why you believe the property belongs to you", that is NOT in conflict with a claim that property can belong to a possessor or that the property can belong to someone or some entity that has a beneficial interest. "Belong" does not equal "ownership".

The government offers no law or rule or case citation that precludes either of those assertions. There is none. Any person can make a claim on behalf of the beneficial interest of another. Administrative claims ARE NOT limited to claims of ownership. No law or rule says that there is such a limit.

This Court was also in error to conclude that "Claimant's administrative and judicial claims…. relate to the same Defendant currency…….[and] the two claims directly conflict." (Doc. 59, at 6).

The two claims DO NOT directly conflict. This Court's conclusion is based SOLELY on its erroneous belief that Shumake was claiming in his administrative claim that IHRC was the OWNER of the Defendant currency.

As stated in his motion for reconsideration, because Shumake NEVER alleged in his administrative claim that IHRC was the owner of the Defendant currency and because Shumake had every right to allege an ownership interest in the Defendant currency in his judicial claim, this constitutes a manifest showing of a failure by this Court to consider material facts presented to the Court before such decision. It was this failure by this Court to consider these material facts that solely led this Court, based on non-existent facts, to strike the judicial claim of Shumake.

CLAIMANT ROBERT SHUMAKE'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM
Case No. CV-18-670 SJO (GJSx)

2

There existed no legal basis for this Court to strike Shumake's judicial claim.

Reconsideration of this Court's prior Order of 15 November 2018 is necessary.

Respectfully submitted,

Dated:  10 December 2018

                                  *s/David M.Michael*_____
                                  DAVID M. MICHAEL
                                  Attorney for Claimant ROBERT SHUMAKE

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that, on 10 December 2018, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  *s/David M.Michael*_____
                                  DAVID M. MICHAEL
                                  Attorney for Claimant
                                  ROBERT SHUMAKE

CLAIMANT ROBERT SHUMAKE'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER STRIKING SHUMAKE'S JUDICIAL CLAIM
Case No. CV-18-670 SJO (GJSx)

3