UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>$148,145.00 IN U.S. CURRENCY,<br><br>       Defendant.<br>_____<br>ROBERT SHUMAKE<br><br>       Claimant. | No. 2:18-cv-00670 FMO (GJSx)<br><br><u>ORDER CONTINUING HEARING AND DEADLINES</u><br><br>Hearing Currently set: December 16, 2021 at 10:00 a.m.<br>New Hearing set:  February 3, 2022 at 10:00 a.m.<br><br>Current response due: November 25, 2021<br>New response due:  January 13, 2022<br><br>Current reply due: December 2, 2021<br>New reply due: January 20, 2022 |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that the stipulation and request to continue the hearing and deadlines is GRANTED.

    The hearing on the plaintiff's motion to strike claim and the claimant's motion for summary judgment is continued to February 3,

2022. Plaintiff's response to Claimant's motion for summary judgment is due January 13, 2022 and the parties' respective replies to the pending motions are due January 20, 2022.

November 29, 2021 /s/
DATE                 HON. FERNANDO M. OLGUIN
                     UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/Dan G. Boyle
DAN G. BOYLE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA