# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-0670-PVC | Date | December 13, 2023 |
| Title: | United States of America v. $148,145.00 in U.S. Currency | | |

Present: The Honorable     Pedro V. Castillo

| Marlene Ramirez | April Lassiter-Benson |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Daniel G. Boyle | David M. Michael |
| Tara Boger Vavere | Edward Michael Burch |

2nd Day     Day Court Trial          Day Jury Trial

____ One day trial:  ____ Begun (1ˢᵗ day);  ____ Held & Continued;  _X_ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

✓ Witnesses called, sworn and testified.     ✓ Exhibits Identified     ✓ Exhibits admitted.

____ Plaintiff(s) rest.     ✓ Defendant(s) rest.

✓ Closing arguments made by     ✓ plaintiff(s)     ✓ defendant(s).     ____ Court instructs jury.

____ Bailiff(s) sworn.     ____ Jury retires to deliberate.     ____ Jury resumes deliberations.

____ Jury Verdict in favor of     ____ plaintiff(s)     ____ defendant(s) is read and filed.

____ Jury polled.     ____ Polling waived.

✓ Filed Witness & Exhibit Lists     ____ Filed jury notes.     ____ Filed jury instructions.

____ Judgment by Court for     ____ plaintiff(s)     ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by     ____ plaintiff(s)     ____ defendant(s).

✓ Case submitted.     ✓ Briefs to be filed by     January 12, 2024

____ Motion to dismiss by _____     is     ____ granted.     ____ denied.     ____ submitted.

____ Motion for mistrial by _____     is     ____ granted.     ____ denied.     ____ submitted.

✓ Motion for Judgment/Directed Verdict by Claimant     is     ____ granted.     ✓ denied.     ____ submitted.

____ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to _____     for further trial/further jury deliberation.

____ Other:

|  | 7 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | MR | |

cc: