FILED
CLERK, U.S. DISTRICT COURT
DEC 1 3 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$148,145.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>ROBERT SHUMAKE,<br><br>　　　　Claimant | Case No. 18-cv-670-PVC<br><br>JOINT WITNESS LIST<br><br>Trial Date:　Dec. 12, 2023 |

| | | |
|---|---|---|
| Plaintiff's Attorneys:<br>Dan G. Boyle<br>Tara Boger Vavere | | Claimant's Attorneys:<br>David M. Michael<br>Edward Michael Burch |

**Plaintiff's Witness List**

| # | Name of Witness | Date(s) Called to Testify |
|---|---|---|
| 1. | Wesley Williams | 12/12/23 |
| 2. | Steven Prestwood | 12/12/23 |
| 3. | Michael Simon | 12/12/23 |
| 4. | Michael Halligan | 12/12/23 |
| 5. | Tarleen Khauv | 12/12/23 |
| 6. | James Sangirardi | |
| 7. | Malik Nadeem Abid | |

//

//

**Claimant's Witness List**

| # | Name of Witness | Date(s) Called to Testify |
|---|---|---|
| 1. | Robert Shumake | 12/12/23, 12/13/23 |
| 2. | Zenia Gilg | |
| 3. | Douglas Hampton | |
| 4. | Qaiser Jan | |
| 5. | Kenneth Caldwell | |
| 6. | Brian Kennedy Seals | |
| 7. | Andy Francis Knights | 12/13/23 |

DAN G. BOYLE
TARA BOGER VAVERE

Attorneys for Plaintiff
UNITED STATES OF
AMERICA

DAVID M. MICHAEL
EDWARD MICHAEL BURCH

Attorneys for Claimant
ROBERT SHUMAKE

3