JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$148,145.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>ROBERT SHUMAKE,<br><br>Claimant. | CASE NO. CV 18-0670 PVC<br><br>**JUDGMENT** |

In accordance with the Court's Findings of Fact and Conclusions of Law After Bench Trial, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered in favor of the United States of America (Plaintiff) against the interests of Robert Shumake (Claimant) and all other potential claimants in the $148,145.00 in United States Currency (Defendant); and

2. Defendant currency shall be and hereby is forfeited to Plaintiff, which shall dispose of the Defendant currency in the manner required by law; and

3. Plaintiff shall have its costs of suit.

DATED: June 13, 2024

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE