FILED

OCT 3 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>ROBERT SHUMAKE,<br><br>Claimant - Appellant,<br><br>v.<br><br>148,145.00 IN U.S. CURRENCY,<br><br>Defendant,<br><br>v.<br><br>INTERNATIONAL HUMAN RIGHTS COMMISSION and DANIEL FLINT,<br><br>Movants. | No. 24-5034<br><br>D.C. No. 2:18-cv-00670-PVC<br>Central District of California, Los Angeles<br><br>ORDER |

The stipulated motion to dismiss the appeal without prejudice (Docket Entry No. 14) is granted. Pursuant to the terms of the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event the district court denies approval of the parties' settlement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of the district court's order denying approval of the settlement.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator