UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>$148,145.00 IN U.S. CURRENCY,<br><br>      Defendant.<br><hr>ROBERT SHUMAKE,<br><br>      Claimant. | No. 2:18-cv-00670-PVC<br><br>**AMENDED JUDGMENT OF FORFEITURE** |

    Plaintiff United States of America ("plaintiff" or the "government") and Robert Shumake ("claimant"), have made a stipulated request for the entry of this Amended Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

    1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

    2.   The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given and published as required by law. All potential claimants to the defendant $148,145.00 in United States Currency (the "defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant currency. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. On June 13, 2024, the Court entered a Judgment of Forfeiture against the defendant currency (the "Judgment").

5. The sum of $67,000.00 of the defendant currency, without interest, shall be released to the claimant through his counsel. The government shall have judgment as to the remainder of the defendant currency (i.e., $81,145.00), plus any interest earned by the government on the entirety of the defendant currency since the seizure, shall be forfeited to the United States of America, which shall dispose of the funds in accordance with law.

6. The funds to be returned to claimant shall be paid through counsel by wire transfer. Claimant and his attorney shall provide all information and complete all documents requested by the government to facilitate the transfer including, without limitation, providing claimant's, social security and/or taxpayer identification number, the identity of the bank to receive the transfer, the bank's address, the account name, account number, account type, and routing number for the account to which the transfer of funds is to be made.

7. There was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Claimant did not substantially prevail in this

action, and the parties hereto shall bear their own attorney fees and costs.

Dated: October 7, 2024

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____/s/_____
TARA B. VAVERE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA